IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JACO AIRFIELD CONSTRUCTION, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No. 05-2624-Ma/P |
| NATIONAL TRUST INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Before the court is defendant's Motion for Extension of Time to Answer or Otherwise Plead, filed November 22, 2005 (Dkt #3). For good cause shown and no opposition thereto, the motion is hereby GRANTED. Defendant, National Trust Insurance Company, shall have up to and including December 15, 2005, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 29, 2005
Date




Case 2:05-cv-02624-SHM-tmp    Document 6    Filed 11/29/05    Page 2 of 2    PageID 11

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02624 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Nicholas E. Bragorgos
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT